| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> **Gary N. Marks, Esq. (020791977)** <br> **LAW OFFICES OF GARY N. MARKS LLC** <br> 49 Old Turnpike Road – PO Box 148 <br> Oldwick, NJ 08858 <br> 908.975.9800 <br> *Counsel for the Joint Debtors/Debtors-in-Possession* | **Order Filed on June 29, 2021 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| In Re: <br><br> JAMES H. G. NAISBY and DIANE H. NAISBY, <br><br> Debtors. | Case No.: 20-13088-VFP <br><br> Chapter: 11 <br><br> Judge: Hon. Vincent F. Papalia <br><br> Hearing Date: June 29, 2021 |

# ORDER DIRECTING ENTRY OF DISCHARGE, FINAL DECREE AND CLOSING CASE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 29, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

1

This matter having been opened to the Court by James H. G. Naisby and Diane H. Naisby, Reorganized Debtors (the "Reorganized Debtors"), by and through their counsel, Law Offices of Gary N. Marks LLC, upon the filing of a Motion (the "Motion") for entry of an order (i) granting the Debtors a discharge, (2) closing this chapter 11 case; and (3) directing the entry of a Final Decree; and the Court having considered the moving papers and opposition thereto, if any; and the Court having heard oral argument, if any; and good and sufficient cause having been shown for the entry of this Order, it is hereby

**ORDERED** that:

1. The Motion be and hereby is granted.

2. The Debtors' Chapter 11 case shall be reviewed for entry of discharge consistent with Form 30801; discharge shall be granted, if appropriate; and The Clerk of Court be and hereby is directed to promptly enter a Final Decree in this proceeding.

3. The case shall immediately be closed.